**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (CLEVELAND)**

| | | |
|---|---|---|
| Chris J. Hackbart, e*t al.*, | ) | Case No. 15-cv-00571 |
| | ) | |
| Plaintiffs, | ) | Judge Patricia A. Gaughan |
| | ) | |
| v. | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| BAC Home Loans Servicing, LP, e*t al.*, | ) | **STATEMENT** |
| | ) | |
| Defendants. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b):

Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following:

(a) Any parent, subsidiary, or affiliate corporation;
(b) Any publicly held corporation that owns 10% or more of the party's stock; and
(c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement.

A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Defendant Bank of America, N.A.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   <u>X   </u>  YES   <u>     </u>  NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Defendant Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., which in turn is 100% owned by Bank

710421.1

of America Corporation, whose shares are publicly traded. No public company other than Bank of America Corporation has an ownership interest of 10% or more in Bank of America, National Association. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

      YES   X   NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest:

Respectfully submitted,

*/s/ Scott J. Kelly*
Scott J. Kelly (0069835)
Bryan T. Kostura (0078785)
McGlinchey Stafford, PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
(216) 378-9905 (T); (216) 378-9910 (F)
skelly@mcglinchey.com
bkostura@mcglinchey.com
*Counsel for Defendants BAC Home Loans Servicing, LP, America's Wholesale Lender, and Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk for the United States District Court for the Northern District of Ohio, Eastern Division, using the CM/ECF system, which will send notification of such filing to the attorneys of record at the addresses they have provided to the Court. A copy was also served via U.S. First Class Mail, postage prepaid, upon the following:

Chris J. Hackbart
Faye A. Hackbart
N3297 Otsego Road
Rio, WI 53960

*/s/ Scott J. Kelly*
Scott J. Kelly (0069835)

710421.1