SO ORDERED.
/s/Patricia A. Gaughan
8/12/15

Chris Hackbart
N3297 Otsego Road
Rio, WI 53960

FILED

2015 AUG 10 PM 2: 47

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

August 5, 2015

Clerk of Court
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113

Case No.: 1:15CV571

Dear Clerk,

We hereby notify you we dismiss Case No.: 1:15CV571 in its entirety against all defendants; furthermore, we will be refiling the case in the Western District of Wisconsin. Please let me know if you need anything else to take care of the dismissal and if you have any questions at 608-444-2906 or cjhack@centurytel.net.

Thank you for your help!

Faye Hackbart

Chris Hackbart

CERTIFIED MAIL 7013 1090 0001 8173 4254